UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-CR-61-SPC-KCD

CHESTER LEWIS RISCO, III

## **PRELIMINARY ORDER OF FOREFEITURE**[1]

Before the Court is the United States' Motion for Preliminary Order of Forefeiture.  (Doc. 40).  Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in a **Taurus G2C, 9mm Pistol (SN: ACK367459) and assorted 9mm ammunition**. *See 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)*; Fed. R. Crim. P. 32.2(b)(2).  In so moving, the Government has connected the **Taurus G2C, 9mm Pistol (SN: ACK367459) and assorted 9mm ammunition** to the adjudicated offense.  The Court thus finds the United States is entitled to possession of the **Taurus G2C, 9mm Pistol (SN: ACK367459) and assorted 9mm ammunition.**

Accordingly, it is

**ORDERED**:

---

[1] Disclaimer:  Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

The United States' Motion for Preliminary Order of Forfeiture (Doc. 40) is **GRANTED**.

1. Defendant's interest in the **Taurus G2C, 9mm Pistol (SN: ACK367459) and assorted 9mm ammunition** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).
2. This order shall become a final order of forfeiture as to the defendant at sentencing.
3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on September 25, 2023.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record