UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:23-cr-61-SPC-KCD

CHESTER LEWIS RISCO, III

### FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 43). The Government seeks to have forfeited **a Taurus G2C, 9mm Pistol (SN: ACK367459) and assorted 9mm ammunition**, which were subject to a September 25, 2023 preliminary order of forfeiture. (Doc. 41). Although the Government gave proper notice, no third parties have petitioned for the **Taurus G2C, 9mm Pistol (SN: ACK367459) and assorted 9mm ammunition**, and the time to do so has expired. The Court thus finds all right, title, and interest in the **Taurus G2C, 9mm Pistol (SN: ACK367459) and assorted 9mm ammunition** shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 43) is **GRANTED**.

1. Defendant's interest in the **Taurus G2C, 9mm Pistol (SN: ACK367459) and assorted 9mm ammunition** is **CONDEMNED**

and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on December 22, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record